# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140561(22)

JOSEPH F. OLIVARES,
      Plaintiff-Appellant,

v

WORKERS COMPENSATION MAGISTRATE,
      Defendant-Appellee.

SC: 140561
COA: 294722
WCAC: 01-000006

_____/

      On order of the Court, the motion for reconsideration of this Court's April 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

d0621